UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SCHWERDTFEGER,<br><br>                                    Plaintiff,<br><br>v.<br><br>PARAMO, Warden; R. BUCKEL, Assoc. Warden Business Services; UNKNOWN CDCR AGENT, Supervisor of Plant Operations,<br><br>                                    Defendants. | Case No.: 19-CV-2255 JLS (JLB)<br><br>**ORDER (1) VACATING MARCH 15, 2021 ORDER AND (2) TAKING UNDER ADVISEMENT REPORTS AND RECOMMENDATIONS AND OBJECTIONS THERETO**<br><br>(ECF No. 24) |

On March 15, 2021, the Court issued an Order adopting in full Magistrate Judge Jill L. Burkhardt's Report and Recommendation ("2d R&R," ECF No. 23) advising the Court to grant Defendant R. Buckel's Motion to Revoke Plaintiff's *in Forma Pauperis* ("IFP") Status and Dismiss the Complaint ("2d Mot.," ECF No. 14). In light of that disposition, the Court also denied as moot Defendant's Motion to Dismiss Complaint ("1st Mot.," ECF No. 9), declined to adopt as moot Magistrate Judge Burkhardt's R&R regarding the same ("1st R&R," ECF No. 18), and denied as moot Plaintiff's objections to the First R&R ("1st Objs.," ECF No. 19).

Later that same day, Plaintiff filed objections to the Second R&R ("2d Objs.," ECF No. 25). Although the deadline for objections to the Second R&R was March 12, 2021,

*see* 2d R&R at 16, Plaintiff's objections, which were placed in the U.S. Mail on March 11, 2021, *see* 2d Objs. at 11, are timely filed under the "mailbox rule," *see Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009) (holding "mailbox rule" applies to pro se prisoner suits brought under 42 U.S.C. § 1983).

Accordingly, the Court **VACATES** its March 15, 2021 Order and **TAKES UNDER ADVISEMENT** the First and Second R&Rs and Plaintiff's objections thereto.

**IT IS SO ORDERED.**

Dated: March 17, 2021

Hon. Janis L. Sammartino
United States District Judge