UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL JOSEPH SCHWERDTFEGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PARAMO, Warden; R. BUCKEL, Assoc. Warden Business Services; and UNKNOWN CDCR AGENT, Supervisor of Plant Operations,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-2255 JLS (JLB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO MARCH 30, 2021 ORDER**<br><br>(ECF No. 28) |
|---|---|

On March 30, 2021, the Court revoked Plaintiff's *in forma pauperis* status and granted Plaintiff thirty days within which to pay the applicable filing fee. *See generally* ECF No. 28. The Court expressly noted that, "[*s*]*hould Plaintiff fail timely to pay the filing fee, the Court will dismiss this action without prejudice.*" *Id.* at 13. Although nearly four months have passed, Plaintiff has yet to pay the filing fee. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

　　**IT IS SO ORDERED.**

Dated: July 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge